THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH STELLA, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARRY J. SWITSKY, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of LIBORIA RIBAUDO, as Administratrix, etc., of ANDREA RIBAUDO, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE BORNHEIMER, Respondent, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, Respondent.— Judgment and order affirmed, with costs to the plaintiff. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

102 EAST FIFTEENTH STREET REALTY CORPORATION, Suing on Behalf of Itself and on Behalf of All Other Owners and Holders of Thompson Contracting & Construction Co., Inc., Certificates, Similarly Situated, Who Shall Come in and Contribute to the Costs and Expenses of This Action, Respondent, v. COMMONWEALTH BOND CORPORATION, Defendant, Impleaded with BANK OF MANHATTAN TRUST COMPANY, Successor Trustee, under a Certain Trust Mortgage Made by THOMPSON CONTRACTING & CONSTRUCTION CO., INC., to AMERICAN TRUST COMPANY, as Trustee, Dated March 16, 1925, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSE POSNER, Appellant, v. ABRAHAM FEIBUSH, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ARTCRAFT PICTURE FRAME Co., INC., and MAX ROTHENBERG, Respondents, v. HARTFORD FIRE INSURANCE COMPANY and Others, Appellants, Impleaded with PAULINE BENYOVITZ and Others, Respondents.— Judgment and order affirmed, with costs to the plaintiffs, respondents, against the appellants. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SAM KAPLAN, Individually and as President of Moving Picture Machine Operators' Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employes and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Appellant, v. WILLIAM C. ELLIOTT, Individually and as President of International Alliance of Theatrical Stage Employes and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Respondent, and SAMUEL M. SIMON and Others, Intervenors. CHARLES H. BAYER, Appellant, v. WILLIAM C. ELLIOTT, Individually and as President of International Alliance of Theatrical Stage Employes and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Respondent.— Judgments affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SAMUEL DERECKTOR and HERBERT E. MITLER, Appellants, v. CHARLES S. INMAN and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.